IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:19CR215 |
| v. | |
| WALTER JAMES HULIT, | ORDER |
| Defendant. | |

This matter is before the Court on the government's Motion to Dismiss Petition (Filing No. 72). The government requests the Court dismiss the Petition for Offender Under Supervision (Filing No. 58) without prejudice as to defendant Walter James Hulit. The Court finds the Motion should be granted. Accordingly,

IT IS ORDERED:

1. The government's Motion to Dismiss Petition (Filing No. 72) is granted.
2. The Petition for Offender Under Supervision (Filing No. 58) is hereby dismissed without prejudice.
3. Walter James Hulit's previously imposed term of supervision shall continue under the conditions that were previously imposed.

Dated this 7th day of August 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge